IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 22-10818-elf |
| | : | |
| SCOTT ALAN GRACE | : | |
| TERRI L. GRACE | : | |
| Debtors | : | CHAPTER 13 |

**PRAECIPE FOR ENTRY OF APPEARANCE**
**AND REQUEST FOR SERVICE OF NOTICE**

TO THE CLERK:

Kindly enter my Appearance on behalf of Bucks County Tax Claim Bureau. Kindly place me on the service list of creditors to receive notice of future filings.

GRIM, BIEHN & THATCHER

BY:   /s/ Kelly L. Eberle
Kelly L. Eberle, Esquire
Attorney I.D. # 306591
Attorney for Bucks County Tax Claim Bureau
P.O. Box 215
Perkasie, PA  18944
(215) 257-6811