IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 22-10818-elf |
| | : | |
| SCOTT ALAN GRACE | : | |
| TERRI L. GRACE | : | |
| Debtors | : | CHAPTER 13 |

## PRAECIPE FOR ENTRY OF APPEARANCE
## AND REQUEST FOR SERVICE OF NOTICE

TO THE CLERK:

    Kindly enter my Appearance on behalf of Bucks County Tax Claim Bureau. Kindly place me on the service list of creditors to receive notice of future filings.

                        BY: /s/ Michael K. Martin
                              Michael K. Martin, Esquire
                              Attorney I.D. # 204895
                              Attorney for Bucks County Tax Claim Bureau
                              P.O. Box 215
                              Perkasie, PA  18944
                              (215) 257-6811