IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | |
| | : | NO. 22-10818-elf |
| SCOTT ALAN GRACE | : | |
| | : | |
| TERRI L. GRACE | : | |
| Debtors | : | CHAPTER 13 |

PRAECIPE FOR ENTRY OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICE

TO THE CLERK:

    Kindly enter my Appearance on behalf of Fred Beans Chevrolet of Doylestown. Kindly place me on the service list of creditors to receive notice of future filings.

                                              Stuckert and Yates

                                              BY: /s/ Christopher S. Mahoney
                                              Christopher S. Mahoney, Esquire
                                              Attorney I.D. # 321659
                                              Attorney for Fred Beans Chevrolet of Doylestown
                                              2 N. State Street
                                              Newtown, PA 18940
                                              215-968-4700 – phone
                                              CMahoney@stuckertyates.com