# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                    Chapter 13

SCOTT ALAN GRACE                          Bankruptcy No. 22-10818-ELF
TERRI L GRACE
27 CRESCENT LANE

LEVITTOWN, PA 19055-

Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
SCOTT ALAN GRACE
TERRI L GRACE
27 CRESCENT LANE

LEVITTOWN, PA 19055-

**Counsel for debtor(s), by electronic notice only.**
MICHAEL P. KELLY, ESQ
202 PENNS SQUARE
SUITE 202
LANGHORNE, PA 19047-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Date: 6/16/2022                                                                                         /s/ Kenneth E. West

                                                                         _____
                                                                         Kenneth E. West, Esquire
                                                                         Chapter 13 Standing Trustee