UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Scott Alan Grace and Terri Grace              : No.  22-10818-ELF
                                                        : CHAPTER 13
                                                        :

## <u>CERTIFICATION OF SERVICE</u>

I, Michael P. Kelly, Esquire, hereby certify that I served a copy of the **Third Amended** Chapter 13 Plan

upon all priority creditors, all secured creditors, the Chapter 13 Trustee, the United States Trustee and

on all other creditors that filed a request for notice or who are adversely affected by the changes to the

original plan (all creditors on the claims docket) on the **18**th  **day of July, 2022** by electronic mail

and/or first class mail, postage prepaid.

BY:   /s/ Michael P. Kelly
      MICHAEL P. KELLY, ESQ.
      202 PENNS SQUARE
      LANGHORNE, PA. 19047
      (215) 741-1100

SERVICE LIST

US TRUSTEE BY CM/ECF

CHAPTER 13 TRUSTEE BY CM/ECF

Bucks County Tax Claim Bureau
Kelly Lyn Eberle, Esq
keberle@grimlaw.com
Michael Kevin Martin
mmartin@grimlaw.com

Deutsche Bank NA
Rebecca Ann Solarz, Esq
bkgroup@kmllawgroup.com

Fred Beans Chevrolet
Christopher S Mahoney, Esq
cmahoney@stuckertyates.com

Pennsylvania Housing Finance Agency
Leon P Haller, Esq
lhaller@pkh.com

Synchrony Bank
C/O PRA Receivables
claims@recoverycorp.com

Goldman Sachs Bank USA
By AIS Info Source
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Quantum 3 Group
Agent for Credit Corp Solutions
PO Box 788
Kirkland, WA 98083-0788

Diaz & Associates
17671 Irvine Blvd
Suite 212
Tustin, CA 92780

Bank of America
PO Box 673033
Dallas, TX 75267-3033

Quantum 3 Group
Agent for Second Round Sub LLC
PO Box 788
Kirkland, WA 98083-0788

American Express National Bank
c/o Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701

One Main Financial
PO Box 3251
Evansville, IN 47731

American Heritage FCU
Attn:  Bankruptcy
2060 Red Lion Road
Philadelphia, PA 19115