# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Scott Alan Grace<br>        Terri L. Grace<br>                    Debtor(s) | CHAPTER 13 |
| Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-1, its successors and/or assigns<br>                    Movant<br>        vs. | NO. 22-10818 ELF |
| Scott Alan Grace<br>Terri L. Grace<br>                    Debtor(s) | |
| Kenneth E. West<br>                    Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-1, which was filed with the Court on or about **May 18, 2022, docket number 23**.

                                                        Respectfully submitted,


                                                        /s/ Rebecca A. Solarz, Esq.
                                                        _____
                                                        Rebecca A. Solarz, Esquire
                                                        KML Law Group, P.C.
                                                        BNY Mellon Independence Center
                                                        701 Market Street, Suite 5000
                                                        Philadelphia, PA  19106
                                                        Phone: (215)-627-1322

Dated: August 5, 2022