# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                                    Chapter 13

SCOTT ALAN GRACE                                         Bankruptcy No. 22-10818-ELF
TERRI L GRACE
27 CRESCENT LANE

LEVITTOWN, PA 19055-

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    SCOTT ALAN GRACE
    TERRI L GRACE
    27 CRESCENT LANE

    LEVITTOWN, PA 19055-

**Counsel for debtor(s), by electronic notice only.**
    MICHAEL P. KELLY, ESQ
    202 PENNS SQUARE
    SUITE 202
    LANGHORNE, PA 19047-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 8/9/2022                                                                                            /s/ Kenneth E. West

                                                                                           _____
                                                                                           Kenneth E. West, Esquire
                                                                                           Chapter 13 Standing Trustee