United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10818-elf |
| Scott Alan Grace | Chapter 13 |
| Terri L Grace | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 17, 2022 | Form ID: 155 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott Alan Grace, Terri L Grace, 27 Crescent Lane, Levittown, PA 19055-1621 |
| 14684456 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14680557 | + | Bucks County Tax Claim Bureau, 55 East Court Street, Doylestown, PA 18901-4318 |
| 14684446 | + | Bucks County Tax Claim Bureau, c/o Michael K. Martin, Esq., P.O. Box 215, Perkasie PA 18944-0215 |
| 14684445 | + | Bucks County Tax Claim Bureau, c/o Kelly L. Eberle, Esq., P.O. Box 215, Perkasie PA 18944-0215 |
| 14681805 | + | Deutsche Bank National Trust Company, as Indenture, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14684095 | + | Diaz & Associates, Inc., 17671 Irvine Blvd, Suite 212, Tustin, Tustin, CA 92780-3129 |
| 14693159 | + | Fred Beans Chevrolet, c/o Christopher S. Mahoney, Esq., 2 N. State Street, Newtown, PA 18940-2027 |
| 14680561 | + | Fred Beans Chevrolet of Doylestown, 845 N Easton Road, Doylestown, PA 18902-1012 |
| 14684248 | + | HEMAP Pennsylvania Housing Finance Agency, c/o Leon P. Haller, Esq., 1719 North Front Street, Harrisburg PA 17102-2305 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14689503 | | Email/PDF: bncnotices@becket-lee.com | Aug 18 2022 00:09:02 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14680554 | + | Email/Text: broman@amhfcu.org | Aug 18 2022 00:12:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14680555 | + | Email/PDF: bncnotices@becket-lee.com | Aug 18 2022 00:08:50 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14680556 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 18 2022 00:12:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14680560 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Aug 18 2022 00:12:00 | Credit Corp Solutions, Attn: Bankruptcy, 63 East 11400 South #408, Sandy, UT 84070 |
| 14680558 | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 18 2022 00:12:00 | Carrington Mortgage Services, Attn: Bankruptcy, 1600 South Douglass Road, Stes 110 & 200, Anaheim, CA 92806-5948 |
| 14680559 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 18 2022 00:12:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14697053 | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 18 2022 00:12:00 | Deutsche Bank National Trust Company, at. el, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14683049 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 18 2022 00:09:02 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14680562 | + | Email/PDF: cbp@onemainfinancial.com | Aug 18 2022 00:08:50 | Household Finance Co/OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14680563 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 18 2022 00:12:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 14680565 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 18 2022 00:12:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14680566 | + | Email/PDF: pa_dc_claims@navient.com | Aug 18 2022 00:08:50 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 14693115 | + | Email/PDF: cbp@onemainfinancial.com | Aug 18 2022 00:08:56 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14680568 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 18 2022 00:08:57 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14680569 | | Email/Text: signed.order@pfwattorneys.com | Aug 18 2022 00:12:00 | Second Round Sub LLC, c/o Pressler, Felt & Warsaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14680567 | + | Email/Text: blegal@phfa.org | Aug 18 2022 00:12:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 14683734 | + | Email/Text: blegal@phfa.org | Aug 18 2022 00:12:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14689507 | + | Email/Text: blegal@phfa.org | Aug 18 2022 00:12:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 14688835 | | Email/Text: bnc-quantum@quantum3group.com | Aug 18 2022 00:12:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14683368 | | Email/Text: bnc-quantum@quantum3group.com | Aug 18 2022 00:12:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14681169 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 18 2022 00:08:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14680570 | + | Email/PDF: tbiedi@PRAGroup.com | Aug 18 2022 00:08:57 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14680564 | | Marissa Grace |
| 14689506 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 19, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, for New Century Home Equity Loan Trust 2005-1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOPHER S. MAHONEY | on behalf of Creditor Fred Beans Chevrolet of Doylestown cmahoney@stuckertyates.com |
| KELLY LYN EBERLE | on behalf of Creditor Bucks County Tax Claim keberle@grimlaw.com ksaborsky@grimlaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| MICHAEL KEVIN MARTIN | on behalf of Creditor Bucks County Tax Claim mmartin@grimlaw.com ksaborsky@grimlaw.com |
| MICHAEL P. KELLY | on behalf of Joint Debtor Terri L Grace mpkpc@aol.com r47593@notify.bestcase.com |
| MICHAEL P. KELLY | on behalf of Debtor Scott Alan Grace mpkpc@aol.com r47593@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, for New Century Home Equity Loan Trust 2005-1 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Scott Alan Grace and Terri L Grace
      Debtor(s)                                      Chapter: 13

                                                            Bankruptcy No: 22−10818−elf

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this August 16, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                        Eric L. Frank
                                                        Judge ,
                                                       United States Bankruptcy Court

                                                                            46 − 12
                                                                           Form 155