# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
Scott and Terri Grace,      :    Chapter 13

                             :    Case No. 22-10818  PMM

                             :

Debtors.      :

## O R D E R

**AND NOW**, upon consideration of the Motion for Relief from Stay ("the Motion") (Doc. #60 seeking relief pursuant to 11 U.S.C. §362 and the Response thereto (doc. #62);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **November 25, 2024** the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

*/s/ Patricia M. Mayer*

**Date:  10/24/24**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**