## UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE: : BKY NO. 22-10818-PMM
SCOTT ALAN GRACE AND TERRI L. GRACE :
: CHAPTER 13

### CERTIFICATION OF NO RESPONSE

I, Michael P. Kelly, Esquire, attorney for Debtor(s), do hereby certify that no answer, objection, request for hearing or other response was received regarding Debtors' Motion to Modify Plan.

DATED: December 30, 2024

/s/ Michael P. Kelly
Michael P. Kelly, Esquire
(215) 498-0645