# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Scott Alan Grace<br>Terri L. Grace<br>      Debtor(s) | CHAPTER 13 |
| Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-1<br>      Moving Party<br>vs. | NO. 22-10818 PMM |
| Scott Alan Grace<br>Terri L. Grace<br>      Debtor(s) | 11 U.S.C. Section 362 |
| Kenneth E. West<br>      Trustee | |

## ORDER

AND NOW, this __23rd__ day of __January, 2025__, ~~202~~4 at Philadelphia, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge