## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE:  : BKY NO. 22-10818
SCOTT ALAN GRACE AND TERRI L. GRACE  :
 : CHAPTER 13

### ORDER MODIFYING CHAPTER 13 PLAN AFTER CONFIRMATION

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby ORDERED that:

1. The Motion is GRANTED.

2. The Debtors' Amended Chapter 13 Plan (Doc. 85) is APPROVED.

BY THE COURT:

**Date: March 11, 2025**

_____
DEREK J. BAKER
Bankruptcy Judge