**UNITED STATES BANKRUPTCY COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

RE:                                                                          : BKY NO. 22-10818-DJB
SCOTT ALAN GRACE AND TERRI L. GRACE                      :
                                                                             : CHAPTER 13

**CERTIFICATION OF SERVICE**

      I, <u>Michael P. Kelly</u>, certify that on <u>April 17, 2025</u>, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Supplemental Application for Campensation

      I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: April 17, 2025                                        /S/ Michael P Kelly
                                                                   127 Seabreeze Circle
                                                                   Jupiter, FL 33477
                                                                   (215) 498-0645
                                                                   Email:  mpkpc@aol.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name – Scott Alan Grace

Address – 27 Crescent Lane
        Levittown, PA 19055
Relationship of Party - Debtor
Via:  __CM/ECF            _X_First class mail    __Certified mail                __email:
        __Other:

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name – Terri L. Grace
Address – 27 Crescent Lane
        Levittown, PA 19055
Relationship of Party – Joint Debtor
Via:  __CM/ECF            _X_First class mail    __Certified mail                _X_email:
tlgrace@gmail.com            __Other:

Name – Bucks County Tax Claim Bureau
Address – 55 East Court Street
        Doylestown, PA 18901
Relationship of Party - Creditor
Via:  _X_CM/ECF            _X_First class mail    __Certified mail                _X_email:
keberle@grimlaw.com and mmartin@grimlaw.com            __Other:

Name – Deutsche Bank National Trust Company
Address – c/o Carrington Mortgage LLC
        1600 South Douglas Road
        Anaheim, Ca 92806
Relationship of Party - Creditor
Via:  X__CM/ECF            __First class mail    __Certified mail                _X_email:
dcarlon@kmllawgroup.com            __Other:

Name – Fred Beans Chevrolet of Doylestown
Address – 845 N Easton Rd
        Doylestown, PA 18901
Relationship of Party - Creditor
Via:  _X_CM/ECF            __First class mail    __Certified mail
_X_email:cmahoney@stuckertyates.com            __Other:

Name – Pennsylvania Housing Finance Agency
Address – 211 N Front Street
        Harrisburg, PA 17101
Relationship of Party - Creditor
Via:  _X_CM/ECF            __First class mail    __Certified mail                _X_email:
lhaller@pkh.com            __Other:

Name -United States Trustee

Address – 900 Market Street
        Suite 320
        Philadelphia, PA 19107
Relationship of Party – US Trustee
Via:  _X_ CM/ECF          __First class mail      __Certified mail          __email:
USTPRegion03.PH.ECF@usdoj.gov          __Other:

Name – Kenneth West
Address – 190 N Independence Mall West
        Suite 701
        Philadelphia, PA 19106
Relationship of Party – Chapter 13 Trustee
Via:  X__ CM/ECF          __First class mail      __Certified mail          _X_ email:
ecfemails@ph13trustee.com          __Other:

Name – Goldman Sachs Bank USA
Address – by AIS Infosource, LP as agent
        4515 N Santa Fe Ave
        Oklahoma City, OK 73118
Relationship of Party - Creditor
Via:  __CM/ECF          _X_ First class mail      __Certified mail          __email:
    __Other:

Name – Quantum3 Group LLC as agent for
Address – Credit Corp Solutions Inc
        PO Box 788
        Kirkland, WA 98083-0788
Relationship of Party - Creditor
Via:  __CM/ECF          _X_ First class mail      __Certified mail          __email:
    __Other:

Name – Diaz & Associates Inc
Address – 17671 Irvine Blvd
        Suite 212
        Tustin, CA 92780
Relationship of Party - Creditor
Via:  __CM/ECF          _X_ First class mail      __Certified mail          __email:
    __Other:

Name – Bank of America, NA
Address – PO Box 673033
        Dallas, TX 75267-3033
Relationship of Party - Creditor
Via:  __CM/ECF          _X_ First class mail      __Certified mail          __email:
    __Other:
Name – Quantum3 Group LLC as agent for
Address – Second Round Sub LLC
        PO Box 788 Kirkland, WA 98083-0788
Relationship of Party - Creditor

Via: __CM/ECF         _X_First class mail   __Certified mail         __email:
__Other:

Name – American Express National Bank
Address – c/o Becket & Lee
      PO Box 3001
      Malvern, PA 19355-0701
Relationship of Party - Creditor
Via: __CM/ECF         _X_First class mail   __Certified mail         __email:
__Other:

Name – One Main Financial
Address – PO Box 3251
      Evansville, IN 47731
Relationship of Party - Creditor
Via: __CM/ECF         _X_First class mail   __Certified mail         __email:
__Other:

Name – American Heritage FCU
Address – Attn:  Bankruptcy
      2060 Red Lion Road
      Philadelphia, PA 19115
Relationship of Party - Creditor
Via: __CM/ECF         _X_First class mail   __Certified mail         __email:
__Other: