## UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RE: | : BKY NO. 22-10818-DJB |
| SCOTT ALAN GRACE AND TERRI L. GRACE | : |
| | : CHAPTER 13 |

### CERTIFICATION OF NO RESPONSE

I, Michael P. Kelly, Esquire, attorney for Debtor(s), do hereby certify that no answer, objection, request for hearing or other response was received regarding Debtors' Application for Supplemental Compensation.

DATED: May 9, 2025

/s/ Michael P. Kelly
Michael P. Kelly, Esquire
(215) 498-0645